UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-09555-MAA                                    Date: March 18, 2026

Title   Great American Insurance Company v. Emil Khodorkovsky, et al.


Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge


|  Marina Moreno-Carrillo  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| N/A | N/A |


**Proceedings (In Chambers):**        **Order to Show Cause Re: Dismissal for Lack of Prosecution**


On October 7, 2025, Plaintiff Great American Insurance Company ("Plaintiff") filed its Complaint ("Complaint") against Emil Khodorkovsky, Anna Khodorkovsky, Alex Gorban, Diana Goban, Brian R. Massie, Ria Massie, and Does 1 through 10 (each, a "Defendant" and collectively, "Defendants"). (ECF No. 1.) On November 21, 2025, Plaintiff filed proofs of service indicating that Defendants Emil Khodorkovsky and Anna Khodorkovsky each had been served with the Complaint such that their answers were due December 5, 2025. (ECF Nos. 8, 9.) On December 15, 2025, Plaintiff filed waivers of service indicating that Defendants Alex Gorban, Diana Goban, Brian R. Massie, and Ria Massie each had waived service of summons and the Complaint such that their answers were due January 12, 2026. (ECF Nos. 10–13.) As of March 17, 2026, however, no answer or other response from Defendants has been filed.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution. The Court will discharge the Order to Show Cause upon the filing of the following: (1) a response to the complaint by Defendant(s) or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by Plaintiff. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.